JACOB HOSID, an Infant, by SAMUEL HOSID, His Guardian ad Litem, Appellant, v. MARK GAIS, Respondent.— Judgment reversed upon the law, and new trial granted, with costs to appellant to abide event. Held, that the evidence required the submission of the question as to the defendant's negligence to the jury. All concur.

JACOB M. SIEGRIST, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

FRANK WAHL, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent. — Order affirmed, with costs. All concur.

JULIUS BOASBERG, Appellant, v. JOSEPH P. PANZICA, Respondent.— Judgment affirmed, with costs. All concur.

PETER B. DAYMONT, Respondent, v. NEW YORK MILLS CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO ROTUNDIO, Appellant.— Judgment of conviction affirmed. All concur.

ALBANY COUNTY SAVINGS BANK, Plaintiff, v. FANNY F. BARTOW and Another, Defendants, Impleaded with MARY T. GOETZ, Appellant. HILDA W. CHADWICK, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

In the Matter of the Application of the ERIE RAILROAD COMPANY, for Itself and as Lessee, etc., Respondent, for a Writ of Certiorari Directed to CHARLES WALRADT and Others, as Assessors of the Town of Harmony, County of Chautauqua, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur, except Davis, J., who dissents on the ground that jurisdiction was lost when the petitioner failed to make service of the writ before the day set for the return and hearing at Special Term.

MAGDALENA SZOSTAK, as Administratrx, etc., of JOHN SZOSTAK, Deceased, Appellant, v. INTERNATIONAL RAILWAY COMPANY Respondent.— Judgment reversed on the law and new trial granted, with costs to appellant to abide event. Held, that the questions of the defendant's negligence and the intestate's contributory negligence should have been submitted to the jury. All concur.

EMILY L. LAIRD, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

EMILY L. LAIRD, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.